# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0377. CHARLES ALEXANDER PETERSON et al v. CLEVELAND CALHOUN PETERSON.**

The Appellant in the above-styled case has filed a motion entitled Voluntary Dismissal of Appeal. Upon consideration and review, pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/24/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*